UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES REDMOND,<br><br>Defendants. | Case No. 2:19-cr-00268-JAD-DJA<br><br>**ORDER** |

Before the Court is Defendant James Redmond's Motion for Temporary Release Under 18 U.S.C. 3142(i) Due to COVID-19 Pandemic (Expedited Hearing Requested). ECF No. 22. The Court has reviewed the Motion and notes that Defendant refers to Judge Weksler's General Order Effective March 22, 2020. However, Defendant does not comply with that part of the Order directing a defendant seeking release under 3142(i) to provide any medical records in support of the conditions identified. This failure deprives the Court of its ability to meaningfully evaluate the medical claims made and whether those claims, weighed in light of the potential health risks posed by COVID-19, have a bearing on the Court's consideration of whether there are conditions of release that will reasonably assure the appearance of Defendant. Further, Defendant should address how his release will provide him to better access health care and/or less exposure to potential illness.

Accordingly,

IT IS HEREBY ORDERED that Defendant shall provide a copy of medical records that support the conditions identified in his Motion, if any, *in camera*, to the Court for its consideration no later than 12 noon on March 31, 2020.

IT IS FURTHER ORDERED that Defendant may otherwise supplement his Motion with the additional information suggested above no later than 12 noon on March 31, 2020.

IT IS FURTHER ORDERED that Defendant shall provide notice to the Court regarding whether he consents to appear by videoconference no later than the end of day on Mach 31, 2020.

IT IS FURTHER ORDERED that the United States Attorney's Office shall file a response to Defendant's Motion, if any, no later than April 3, 2020.

IT IS FURTHER ORDERED that the Court shall hear this matter on **April 7, 2020**, at **11:30 a.m**. in Courtroom **4B**. Counsel for Defendant and for the Government shall appear in person in Courtroom 4B unless the Court has developed a process by which multiple videoconference feeds are available at the same time.

DATED: March 24, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE