# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

     v.

JAMES THOMAS REDMOND,

        Defendant.

Case No. 2:19-cr-00268-JAD-DJA

**ORDER**

**ECF No. 54**

    Based on the parties' stipulation, IT IS ORDERED that the revocation hearing currently scheduled for Thursday, September 14, 2023 at 10:00 a.m., be vacated and continued to December 18, 2023, at 11:00 a.m.

    DATED this 7th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE