UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JAMES THOMAS REDMOND,<br><br>        Defendant. | Case No. 2:19-cr-00268-JAD-DJA-1<br><br>**ORDER**<br><br><br><br>ECF No. 57 |

   Based on the parties' stipulation, IT IS ORDERED that the revocation hearing currently scheduled for Monday, December 18, 2023 at 11:00 a.m., be vacated and continued to March 25, 2024, at 10:00 a.m.

   DATED this 15th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE