# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES THOMAS REDMOND,<br><br>Defendant. | Case No. 2:19-cr-00268-JAD-DJA-1<br><br>**ORDER**<br><br>ECF No. 62 |

Based on the parties' stipulation, IT IS ORDERED that the revocation hearing currently scheduled for March 25, 2024 at 10:00 a.m., be vacated and continued to July 1, 2024, at 11:00 a.m.

DATED this 5th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE