UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>JAMES THOMAS REDMOND,<br><br>            Defendant. | Case Nos.<br>3:12-cr-00050-ART-VPC<br>2:19-cr-00268-JAD-DJA<br><br>ORDER CONSOLIDATING PROCEEDINGS RELATED TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE CONDITIONS |

The parties have jointly filed motions to consolidate in the above-captioned cases. (ECF No. 105 in 3:12-cr-00050-ART-VPC; ECF No. 64 in 2:19-cr-00268-JAD-DJA.) Because there are pending petitions alleging violation of conditions of supervised release in both cases that involve common questions of fact, the parties request that Defendant's violation proceedings be consolidated before a single District Judge pursuant to LR 42-1 and Fed. R. Civ. P. 42(a).

The Court agrees with the parties and finds that the pending violation proceedings involve common questions of fact, that consolidation would conserve judicial and party resources, and that consolidation will not prejudice any party.

///

///

///

///

///

///

It is therefore ORDERED that the pending petitions for violation of supervised release in Case Nos. 3:12-cr-00050-ART-VPC and 2:19-cr-00268-JAD-DJA are consolidated and shall be considered together before Judge Traum as a part of Case No. 3:12-cr-00050-ART-VPC.

It is further ORDERED that all future pleadings related to the violation proceedings must bear Case No. 3:12-cr-00050-ART-VPC.

DATED THIS 23rd day of May 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE